David R. Paoli
**PAOLI LAW FIRM**
257 W. Front St., Suite A
P.O. Box 8131
Missoula MT 59807-8131
(406) 542-3330 (Phone)
(406) 542-3332 (Fax)
davidrp@aol.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| CELAL DEDE, individually and as Personal Representative of the Estate of Diren Dede, Deceased, and on behalf of GULCIN DEDE, BASAK DEDE, and ESRA DEDE,<br><br>Plaintiff,<br><br>vs<br><br>MARKUS KAARMA and JANELLE PFLAGER,<br><br>Defendants. | CV 15-16-M-DWM<br><br>**MOTION FOR COURT ORDER TO EFFECTUATE SETTLEMENT AGREEMENT** |

COMES NOW, Plaintiff, Celal Dede, by and through his counsel of record, and hereby respectfully requests the Court to issue its Order confirming the transfer by Janelle Pflager of all right, title, and interest in the guns the Missoula Police Department confiscated from 2607 Deer Canyon Court, Missoula, Montana on or about April 27, 2014 or April 28, 2014 for

purposes of evidence or safe-keeping. Plaintiff is submitting his Brief in Support of Motion for Court Order to Effectuate Settlement Agreement. Defendant Pflager does not object. Defendant Kaarma objects.

DATED this 3rd day of August, 2015.

By: __/s/ David R. Paoli_____
David R. Paoli
PAOLI LAW FIRM
*Attorney for Plaintiff*