Robert J. Phillips
Christopher V. Fagan
PHILLIPS HAFFEY PC
283 West Front, Suite 301
Post Office Box 8569
Missoula, MT 59807-8569
Phone: (406) 721-7880
Facsimile: (406) 721-0058

*Attorneys for Defendant Markus Kaarma*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CELAL DEDE, Individually and as Personal Representative of the Estate of Diren Dede, Deceased and on behalf of GULCIN DEDE, BASAK DEDE, and ESRA DEDE,<br><br>Plaintiff,<br><br>-vs.-<br><br>MARKUS KAARMA and JANELLE PFLAGER,<br><br>Defendants. | Cause No.: CV-15-16-M-DWM<br><br>**DEFENDANT MARKUS KAARMA'S BRIEF IN RESPONSE TO PLAINTIFF'S REFILED MOTION FOR COURT ORDER TO EFFECTUATE SETTLEMENT AGREEMENT** |

Defendant Markus Kaarma ("Kaarma") hereby respectfully submits the following Brief In Response to Plaintiff Celal Dede's ("Plaintiff") refiled Motion for Court Order To Effectuate Settlement Agreement.

On August 4, 2015, Plaintiff withdrew his previously filed Motion dated July 29, 2015. Doc. 41. The same Motion was refiled on August 3, 2015, in compliance with Local Rule 7.1(d)(1)(A). Doc. 39-40. Plaintiff's refiled motion requests the same relief and generally makes the same arguments as those in Plaintiff's withdrawn motion, with the following exceptions: (1) Plaintiff's refiled brief adds the argument that the Court has jurisdiction over the settlement and its terms entered into in this case; and (2) Plaintiff adds as an exhibit the Affidavit of David Paoli which attempts to provide foundation for submitting as evidence the jailhouse recording referenced on pages 3-4 in Plaintiff's brief. Doc. 40.

Kaarma has previously addressed Plaintiff's request for the Court's order effectuating settlement in Kaarma's Response Brief dated July 31, 2015. Doc. 38. Since Plaintiff's refiled arguments are essentially identical, Kaarma hereby incorporates by this reference the authorities and arguments already made in Kaarma's previously filed response brief. Plaintiff's Motion should be denied.

DATED this 7TH day of August, 2015.

/s/ Robert J. Phillips
Robert J. Phillips
PHILLIPS HAFFEY PC
*Attorneys for Defendant Kaarma*

# CERTIFICATE OF SERVICE AND COMPLIANCE

Pursuant to Rule 7.1(d)(2)(E) of the Local Rules of the U.S. District Court for the District of Montana, I certify that this brief contains 190 words, excluding the caption and certificate of service/notice of compliance.

I further certify that I served a copy of the foregoing document on the following persons by the following means:

| | |
|---|---|
| __1-4__ | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight |
| _____ | Fax |

1. Clerk, U.S. District Court

2. David Paoli
   Paoli Kutzman, P.C.
   P.O. Box 8131
   Missoula, MT  59807-8131
   **Attorneys for Plaintiff**

3. Scott Gratton
   BROWN LAW FIRM, P.C.
   210 E. Pine, Suite 200
   Missoula, MT  59802
   **Attorneys for Pflager**

4. Adam Shaw
   BROWN LAW FIRM, P.C.
   210 E. Pine, Suite 200
   Missoula, MT  59802
   **Attorneys for Pflager**

DATED this 7TH day of August, 2015.

/s/ Robert J. Phillips
Robert J. Phillips
PHILLIPS HAFFEY PC
*Attorneys for Defendant Kaarma*